UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY W.,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

Case No.  2:26-cv-10115
District Judge Terrence G. Berg
Magistrate Judge Kimberly G. Altman

**ORDER DISMISSING ORDER TO SHOW CAUSE**
**AND**
**SETTING NEW BRIEFING SCHEDULE**

I.      Introduction

This is a social security case.  Plaintiff Tracy W., proceeding *pro se*, brings this action under 42 U.S.C. § 405(g), challenging the final decision of the Commissioner of Social Security denying her application for Supplemental Security Income (SSI) under the Social Security Act (the Act).  (ECF No. 1).  The matter has been referred to the undersigned for all pretrial proceedings.  (ECF No. 11).  On June 24, 2026, the Court entered an order for Plaintiff to show cause as to why she has not filed a motion for summary judgment.  (ECF No. 12).  On June 30, 2026, Plaintiff filed a one sentence response, stating that she never received a letter for her to file and motion and did not know she had to file a motion.  Based

1

on this response, the Court DISMISSES the order to show cause and will set a new briefing schedule.

## II.    Background

Plaintiff filed her complaint on January 13, 2026.  (ECF No. 1).  After service on the Commissioner and the filing of the transcript, on March 16, 2026, the undersigned entered a scheduling order, setting deadlines for Plaintiff's motion for summary judgment of April 16, 2026 and the Commissioner's motion of May 18, 2026.  (ECF No. 9).  The parties later requested that the case be assigned to a district judge, who referred it to the undersigned.  (ECF No. 10).  Plaintiff did not file a motion by the deadline, apparently because she never received the March 16, 2026 order requiring her to file a motion.  The Court will therefore extend the time for Plaintiff to file a motion, as noted below.

## III.    Briefing Schedule

The parties shall adhere to the following schedule:

| | |
|---|---|
| Plaintiff's motion for summary judgment | **August 3, 2026** |
| Defendant's motion for summary judgment | **September 3, 2026** |
| Plaintiff's reply | **September 17, 2026** |

**Plaintiff is also on notice that if she does not file a motion and brief by August 3, 2026 explaining why she believes she is entitled to benefits, the undersigned will recommend that her case be dismissed without prejudice for want of prosecution.**

SO ORDERED.

Dated: July 1, 2026                       s/Kimberly G. Altman
Detroit, Michigan                       KIMBERLY G. ALTMAN
                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 1, 2026.

                      s/Dru Jennings
                      DRU JENNINGS
                      Case Manager

3